UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

CARMEN GOMEZ and on behalf of all other persons similarly situated,

             Plaintiff,

v.

ALPHA I MARKETING CORP.,

             Defendant.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

17-cv-8171 (PAE)

## STIPULATION OF DISMISSAL WITH PREJUDICE

With Defendant not having served an answer or a motion for summary judgment, Plaintiff and Defendant, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate to dismiss this action with prejudice, resolving all matters in dispute, and each party to bear its own fees and costs.

With no motion for class certification having been filed, and no class having been certified in this action, neither class notice nor Court approval of this voluntary dismissal is required under Fed. R. Civ. P. 23(e).

Dated: Apr. / 10 ~~February~~ 2019
New York, New York

_____
Justin A. Zeller, Esq.
LAW OFFICE OF JUSTIN A. ZELLER P.C.
277 Broadway, Suite 408
New York, NY 10007
jazeller@zellerleagal.com
(212) 229-2249
*Attorneys for Plaintiff*

Dated: April 10, ~~February~~ 2019
New York, New York

_____
Jonathan A. Wexler, Esq.
VEDDER PRICE P.C.
1633 Broadway - 31st Floor
New York, NY 10019
jwexler@vedderprice.com
(212) 407-7732
*Attorneys for Defendant*

4/11/19

SO ORDERED.

_____
PAUL A. ENGELMAYER
United States District Judge